In the Matter of ELIZABETH COSTA, Respondent, against WILLIAM COSTA, Appellant.

First Department, March 27, 1936.

*Isidore Miller* of counsel [*Samuel S. Allan* with him on the brief; *Weisman, Quinn, Allan & Spett*, attorneys], for the appellant.

*Arthur Bainbridge Hoff, Jr.*, of counsel [*Paxton Blair* with him on the brief; *Paul Windels, Corporation Counsel*, attorney], for the respondent.

PER CURIAM. In view of the testimony of the petitioner that she is regularly receiving ten dollars a week from the appellant and furthermore that her parents are willing that she shall live with them, it cannot be said that the petitioner " is likely to become a public charge," which constitutes the only basis for the exercise of jurisdiction by the Domestic Relations Court during the pendency in the Supreme Court of an action for a separation between the parties. (Dom. Rel. Ct. Act [Laws of 1933, chap. 482], § 137; *Matter of Collins* v. *Collins*, 245 App. Div. 612; *Matter of Chandler* v. *Chandler*, 241 id. 390.)

The order should be reversed and the petition dismissed.

TOWNLEY, UNTERMYER, DORE and COHN, JJ., concur; MARTIN, P. J., concurs in result.

Order unanimously reversed and the petition dismissed.